AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

SAMY GAMAL MOHAMED and LORRAINE J. MOTT

## WARRANT FOR ARREST

CASE NUMBER: MJ# 04-865-RBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   SAMY GAMAL MOHAMED
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy; inducing or encouraging aliens to come to the United States in violation of law; and false statements

in violation of
Title _____ United States Code, Section(s) 371, 1001 and Title 8, U.S.C., sec. 1324

MARIANNE B. BOWLER
Name of Issuing Officer

CHIEF UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Marianne B. Bowler /mj
Signature of Issuing Officer

07-19-2004   Boston, Massachusetts   @ 5:15PM
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 8 Warren Street Apt 2 Revere, MA

| DATE RECEIVED 07/19/04 | NAME AND TITLE OF ARRESTING OFFICER Gregory C. Novane SrSA ICE JTTF | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 07-20-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Samy Gamal Mohamed

ALIAS:

LAST KNOWN RESIDENCE: 8 Warren Street Apt 2 Revere, MA

LAST KNOWN EMPLOYMENT: Gamal Tax

PLACE OF BIRTH: Egypt

DATE OF BIRTH (4 digit year): 07/28/1962

SOCIAL SECURITY NUMBER (last 4 digits only): 8915

HEIGHT: 5'11"       WEIGHT: 240

SEX: M       RACE: W Middle Eastern

HAIR: Black/Greying       EYES: Br

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Moustache, Prayer mark on Forehead

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: 1999 Dodge Grand Caravan MA Reg 21539 Independent Cab

INVESTIGATIVE AGENCY AND ADDRESS: ICE JFK Federal Building Room 1725 Government Center, Boston, MA 02203
617-565-3101