UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES** )<br>)<br>   v.           )<br>)<br>**SAMY GAMAL MOHAMED** )<br>) | No. 04-mj-00865-MBB |

**SAMY GAMAL MOHAMED'S MOTION FOR A HEARING TO REVIEW DETENTION**

The Defendant, Samy Gamal Mohamed, moves this Court to schedule a hearing as soon as possible to review the terms of his detention. Pre-Trial Services Officer Joshua Ulrich has informed the Defendant's counsel that he will recommend releasing the Defendant, upon the adoption of a number of conditions, to the custody of Shaaban Metwaly, of Melrose, Massachusetts. Mr. Metwaly is willing to act as a third-party guarantor and will sign an unsecured $25,000 bond to ensure the Defendant's presence at all future court dates in this case.

The Defendant, who was arrested on or about July 20, 2004, has now been in federal custody for three weeks. Because he has no prior criminal record and no Criminal History Points he faces a sentence under the U.S. Sentencing Guidelines, if applicable, of only 0 to 6 months. In the interests of justice, a hearing should be held as soon as possible to determine if he can be released into Mr. Metwaly's custody.

WHEREFORE, he respectfully asks the Court to schedule an immediate hearing to consider this matter.

SAMY GAMAL MOHAMED
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: August 10, 2004                                       H:\Word\Crim\Mohamed\Motion for detention hearing.wpd