UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Crim. No. 04- |
| v. | ) | |
| | ) | 18 U.S.C. § 371 (Conspiracy); |
| **SAMY G. MOHAMED,** | ) | 18 U.S.C. § 1001(a)(2) |
| Defendant. | ) | (False Statements) |

INFORMATION

04CR 10276 RCL

<u>COUNT ONE</u>:   18 U.S.C. § 371 - Conspiracy

The United States Attorney charges that:

From a date unknown to the United States Attorney, but from not later than August 30, 1996, until July 19, 2004, at Boston, and elsewhere within the District of Massachusetts,

**SAMY G. MOHAMED,**

defendant herein, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with Lorraine J. Mott, to commit offenses against the United States, to wit: to enter into a marriage for the purpose of evading any purpose of the immigration laws, in violation of 8 U.S.C. § 1325(c).

<u>OVERT ACTS</u>

In furtherance of the conspiracy and to effect the objects thereof, the defendants committed the following overt acts, among others, in the District of Massachusetts, and elsewhere:

1.   On or about August 30, 1996, less than two months after arriving in the United States, Defendant claimed to have married Mott, a United States citizen born in New

-1-

    Bedford, Massachusetts on December 15, 1939.

2. On or about September 27, 1996, Mott filed an I-130 Petition for Alien Relative with INS on behalf of Mohamed, as well as an I-485 Application to Register Permanent Residence or Adjust Status form which she filed jointly with Mohamed.

3. On or about January 13, 2000, Mott and Mohamed filed jointly with INS an I-751 Petition to Remove the Conditions on Mohamed's Residence.

4. Based on the I-751 application that Mott and Mohamed filed, they were purportedly living together at 365 Washington Avenue, Chelsea, Massachusetts. In fact, at the time, Mott was living at 147 Washington Street, Apt. 510, Lynn, Massachusetts.

5. On or about February 28, 2000, during an interview at 147 Washington Street, Apt. 510, Lynn, Massachusetts, Mott admitted that she had been separated from Mohamed for over one year and that she did not know his current whereabouts or how to contact him. Thereafter, Mott completed a withdrawal of her I-751 application that she filed jointly with Mohamed.

6. On or about March 2, 2000, Mohamed was found to be living at 365 Washington Street, Chelsea, with a female who was later identified as Bouchra Goummih, born in

     Morocco on January 14, 1972.

7. On or about July 19, 2000, Mohamed appeared before the Immigration Court in Boston. Mott accompanied Mohamed, and Mohamed told the Immigration Judge that he had resolved his differences with Mott and that the couple was back together again.

8. On or about October 23, 2000, at 147 Washington Street, Lynn, Massachusetts, Mott acknowledged that she had not resided with Mohamed since prior to the last immigration hearing.

9. On or about May 16, 2001, Mott and Mohamed filed a second I-751 application with the former Immigration and Naturalization Service. In this application, Mohamed indicated that he had a son, Samy Mohamed Gamal, born on October 13, 2000. The birth certificate for Samy Mohamed Gamal lists Bouchra Goummih as the mother.

10. On or about April 16, 2004, Mohamed and Mott appeared at the Citizenship and Immigration Services (CIS) office in Boston, Massachusetts, for their I-751 interview. During his interview, Mohamed told the interviewing immigration officer that he resided at 8 Warren Street, Revere, Massachusetts with Mott since September of 2003. In a separate interview the same

day, Mott told the same immigration officer that she was residing at 67 Silsbee Street, Apartment 20, in Lynn, Massachusetts.

All in violation of Title 18, United States Code, section 371.

<u>COUNT TWO</u>:     18 U.S.C. § 1001(a)(2) False Statements

The United States Attorney further charges that:

On or about April 16, 2004, at Boston, within the District of Massachusetts,

SAMY G. MOHAMED,

defendant herein, did make materially false, fictitious and fraudulent representations to an officer of Citizenship and Immigration Services, an agency within the Department of Homeland Security, regarding a matter within the jurisdiction of the executive branch of the Government of the United States: to wit, that he lived together with Lorraine J. Mott at 8 Warren Street, Revere, Massachusetts with Mott since September of 2003, when in fact Mott did not live at that address.

All in violation of Title 18, United States Code, section 1001(a)(2).

                          Respectfully submitted,
                          MICHAEL J. SULLIVAN
                          United States Attorney

By: _____
      GREGORY MOFFATT
      Assistant U.S. Attorney
      (617) 748-3370

DATED:     September 10, 2004

℺JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    04 CR 10276 RCL    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston    **Category No.** III    **Investigating Agency** I.C.E./JTTF

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant  X     New Defendant _____
Magistrate Judge Case Number  04-M-865-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Samy Gamal MOHAMED    Juvenile  ☐ Yes  ☒ No

Alias Name  Samy Mohamed

Address  8 Warren Street, Apt. 2, Revere, Massachusetts

Birth date (Year only): 1962  SSN (last 4 #): 8915  Sex M  Race: Cauc./Arabic  Nationality: Egyptian

**Defense Counsel if known:**  John H. Cunha, Jr.    **Address:**  1 State Street
                                                                                                                              Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Gregory Moffatt    Bar Number if applicable  558779

Interpreter: ☒ Yes ☐ No    List language and/or dialect: English/Arabic (Egyptian)

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:**  July 20, 2004

☒ Already in Federal Custody as  pre-trial detainee  in  P.C.C.F.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 10, 2004    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse          04cr10276RCL

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 371 | Conspiracy | 1 |
| Set 2   18 U.S.C. § 1001 | False Statements | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**