UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES <br><br> v. <br><br> SAMY GAMAL MOHAMED | ) <br> ) <br> ) <br> ) Crim. No. 04-10276-RCL <br> ) <br> ) <br> ) |

### DEFENDANT SAMY MOHAMED'S REQUEST TO CANCEL HEARING

The defendant, Samy Mohamed, hereby requests the Court to cancel the detention hearing with Magistrate Judge Bowler on September 16, 2004, at 10:45 a.m. The defendant has been in federal custody since July 20, 2004, and faces a sentence under the federal guidelines of only 0 to 6 months. He initially moved for a hearing to determine if the Court would accept the Pre-Trial Services recommendation to release him to a third-party custodian while awaiting disposition of this case. Since filing that motion, the defendant has reached an agreement with the U.S. Attorney's Office regarding a change of plea, and an information has been filed with Judge Lindsay. The defendant now seeks a Rule 11 hearing and sentencing, and no longer requires action on the issue of his pre-trial detention.

SAMY GAMAL MOHAMED
By his attorney,

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: September 13, 2004                                H:\Word\Crim\Mohamed\Request to cancel detention hearing.wpd