UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) ) | |
| v. ) ) | Crim. No. 04-10276-RCL |
| **SAMY GAMAL MOHAMED** ) ) | |

## JOINT MOTION TO COMBINE RULE 11 HEARING AND SENTENCING AND DISPENSE WITH PRE-SENTENCE INVESTIGATION

The defendant, Samy Gamal Mohamed, and the United States jointly move that the Court: a) schedule a combined Rule 11 and sentencing hearing as soon as possible, and; B) dispense with preparation of a pre-sentence report. As reasons herein, the parties state:

1. A plea agreement has been reached between the defendant and the government, and counsel for both parties are unaware of any outstanding issues to be resolved or objections that will be raised to the agreement's terms;

2. The defendant has no prior criminal record. Counsel for the defendant and the government have each, separately, reviewed his record and discovered no prior arrests or convictions;

3. Under the U.S. Sentencing Guidelines, the defendant would be sentenced pursuant to § 2L2.2, resulting in a base offense level of 8. The government has agreed to recommend a two-level reduction pursuant to § 3E1.1, for prompt acceptance of responsibility, resulting in a total offense level of 6. Under Criminal History Category I, the applicable guideline range is 0-6 months. Counsel for the defendant and the government have each, separately, reviewed the facts

in this case and applied the guidelines to the facts in reaching this conclusion;

    4. As part of his plea agreement, the defendant has agreed that is not a citizen of the United States but is a citizen of Egypt. He has waived his right to a hearing as to whether he can be deported or removed from the United States. He has waived his right to apply for relief from deportation or removal from the United States. He understands that a removal order could permanently ban him from the United States. He has agreed and stipulated to accept a final judicial order of deportation or removal from the United States upon conviction and completion of any period of incarceration;

    5. As part of the plea agreement, the government has agreed to recommend a sentence at the low end of the applicable guideline range. The defendant has already been held in detention at the Plymouth County Correctional Facility for approximately two months. Because the applicable range is in Zone A, which starts with a low end of no incarceration time, the government will ask the Court to impose a sentence of time served to date;

    6. Based upon the foregoing, the government and the defendant suggest that the Court has sufficient information to exercise meaningfully its sentencing authority under 18 U.S.C. § 3553. The Court can, and should, proceed immediately to sentencing without a pre-sentence investigation or report;

    7. The defendant will be deported to Egypt from the United States by order of deportation as soon as his sentence is completed. Accordingly, the U.S. Probation Office will not require a pre-sentence report. The defendant and the government are not asking for a period of supervised release, and if the Court were to impose such a term it would likely be an immigration matter, not a matter for the Probation Office;

8. The defendant states that he is ready to depart from the United States. He further states that continuing his detention is unnecessary and any further delays in disposition of this case will not serve the interests of justice. He asks that the Court grant him a hearing at the earliest possible time.

WHEREFORE, the parties request that the Court schedule a hearing during which the Court will sentence Mr. Mohamed after accepting his change of plea.

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | SAMY GAMAL MOHAMED<br>By his attorney, |
| /s/   Gregory Moffat<br>Gregory Moffat<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>One Courthouse Way<br>Boston, MA 02210 | /s/   John H. Cunha Jr<br>John H. Cunha Jr.<br>B.B.O. No. 108580<br>CUNHA & HOLCOMB, P.C.<br>One State Street, Suite 500<br>Boston, MA 02109-3507<br>617-523-4300 |

Dated: September 15, 2004                                          H:\Word\Crim\Mohamed\Motion for Rule 11hearing.wpd