# CUNHA & HOLCOMB, P.C.
## ATTORNEYS AT LAW

JOHN H. CUNHA JR.*
HELEN HOLCOMB
*Also Admitted in New York

CHARLES ALLAN HOPE
STEPHEN SUPER*
*Of Counsel

ONE STATE STREET, SUITE 500
BOSTON, MASSACHUSETTS 02109-3507
617-523-4300
800-530-6777
FAX: 617-523-4350
CUNHA@CUNHAHOLCOMB.COM

September 27, 2004

Clerk Lisa Hourihan
Office of the Honorable Reginald Lindsay
Suite 5130
1 Courthouse Way
Boston, Massachusetts 02210

    Re:    <u>United States v. Samy Mohamed</u>
             Crim. No. 04-10276-RCL

Dear Ms. Hourihan:

    The government and I have electronically filed a renewed joint motion for a Rule 11 and sentencing hearing in Mr. Mohamed's case. I have enclosed a courtesy copy of the renewed motion, which we believe adequately provides the information Judge Lindsay requested.

    Mr. Mohamed has been held in custody for over two months for conduct that does not require or deserve continued detention. I am trying to do everything I can to get an immediate hearing scheduled and expedite his case. Anything you can do to bring the renewed motion to Judge Lindsay's attention will be greatly appreciated.

    If you have any questions, please do not hesitate to contact me.

Very truly yours,

John H. Cunha Jr.

JHC/sps
Enclosure
cc:    AUSA Gregory Moffatt