UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Crim. No. 04-10276-RCL |
| ) | |
| **SAMY GAMAL MOHAMED** ) | |
| ) | |

**DEFENDANT'S RENEWED MOTION FOR A HEARING TO REVIEW DETENTION**

The defendant, Samy Gamal Mohamed, moves this Court to reschedule a hearing before the Magistrate Judge as soon as possible to review the terms of his detention. The defendant had been previously granted a detention hearing for September 16, 2004. However, before that date the defendant reached a plea agreement with the government and moved to cancel the detention hearing in expectation of an expedited Rule 11 and sentencing hearing to dispense with his case.

However, the defendant now has no indication if the Court will allow a combined Rule 11/sentencing hearing or when such a hearing will be scheduled. The defendant's previous motion for the combined hearing, filed jointly with the government on September 15, was denied for lack of information regarding the defendant's personal, financial and educational background. The parties provided all the requested information in its renewed motion for a combined hearing, which was filed on September 27 but has yet to be acted upon.

While he awaits the Court's decision, the defendant continues to be detained at the Plymouth County Correctional Facility, where he has been held since mid-June. The defendant

is not a flight risk and poses no danger to the community. He has no criminal record beyond the case at bar. He has been in this country for eight years and owns and operates a taxi cab service. The charges against him, for which he is ready to accept responsibility, involve participating in a fraudulent marriage to evade immigration laws. That conduct is only punishable under the federal sentencing guidelines for a maximum of six months and a minimum of no prison time.

Whether the defendant deserves continued detention is a matter the Court should address now. The defendant's detention, with no end in sight, is an unnecessary punishment. To make matters worse, the defendant has been placed "in the hole" at the Plymouth County facility, meaning he is being confined to a cell for 23 hours a day, as punishment for an infraction his cell-mate committed. This situation, which counsel for the defendant has been unable to rectify with the U.S. Marshals Service, is unnecessary and abusive.

Pre-Trial Services Officer Joshua Ulrich informed counsel that he will recommend releasing the defendant, upon the adoption of a number of conditions, to the custody of Shaaban Metwaly, of Melrose, Massachusetts. Mr. Metwaly is willing to act as a third-party guarantor and will sign an unsecured $25,000 bond to ensure the defendant's presence at all future court dates in this case.

The defendant is asking for a chance to be heard. In the interests of justice, and in the absence of a scheduled Rule 11/sentencing hearing, the Magistrate Judge should reschedule a hearing as soon as possible to determine if the defendant can be released into Mr. Metwaly's custody.

WHEREFORE, he respectfully asks the Court to schedule an immediate hearing to consider this matter.

SAMY GAMAL MOHAMED
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: October 4, 2004         H:\Word\Crim\Mohamed\Renewed motion for detention hearing.wpd