UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v.  ) | Crim. No. 04-10276-RCL |
| ) | |
| **SAMY GAMAL MOHAMED** ) | |

## MOTION FOR COURT-APPOINTED INTERPRETER

     The defendant, Samy Gamal Mohamed, requests that the Court appoint and make available an interpreter who is fluent in Arabic to interpret at the defendant's combined Rule 11/sentencing hearing, scheduled for 2:00 p.m. on November 1, 2004.  Additionally, the defendant requests approval to employ the interpreter for up to three hours prior to the hearing, to interpret the plea agreement, waiver of indictment, information, and order of stipulated judicial deportation.  The defendant states that although he has already signed and filed these documents with the Court, interpretation in Arabic by a Court-appointed interpreter will ensure that the defendant fully understands the rights he is waiving and the consequences of changing his plea at the hearing.

                                                  SAMY GAMAL MOHAMED
                                                  By his attorney,

                                                  /s/  *John H. Cunha Jr.*
                                                  John H. Cunha Jr.
                                                  B.B.O. No. 108580
                                                  CUNHA & HOLCOMB, P.C.
                                                   One State Street, Suite 500
                                                  Boston, MA 02109-3507
                                                  617-523-4300

Dated: October 27, 2004                           H:\Word\Crim\Mohamed\Motion for Interpretive Services.wpd