UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>SAMY G. MOHAMED,   )<br>)<br>    Defendant.   )<br>) | Criminal No. 04-10276-RCL |

### WAIVER OF INDICTMENT

I, Samy G. Mohamed, the above-named defendant, who is accused of 1) conspiracy in violation of 18 U.S.C. § 371; and 2) false statements in violation of 18 U.S.C. § 1001(a)(2), during the period from August 30, 1996 up to and including July 19, 2004, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
SAMY G. MOHAMED

_____
STEPHEN P. SUPER, ESQ.

Date: November 1, 2004

ALLOWED IN OPEN COURT:

_____
REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE